**No. 10-10845. Jonathan Henslee, Petitioner v. Sherri Simmons, et al.**

565 U.S. 852, 132 S. Ct. 179, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6080.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 420 Fed. Appx. 275.